**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

NOT  DESIGNATED  FOR  PUBLICATION

Jaime M. Cambre
Duplass, Zwain, et al.
3838 N. Causeway, Suite 2900
Metairie LA 70002

**REHEARING ACTION: July 29, 2009**

**Docket Number: 09   00239-CA**

**LUIS A. MEZA, SR., ET AL.
VERSUS
CALSURANCE ASSOCIATES, ET AL.**

**Appealed from Lafayette Parish Case No. C-20064314**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
    Hon. James T. Genovese
    Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chris Mahoney** and **American Automobile Insurance Company**

has this day been

    **DENIED.**

cc: John Dennis Carter, Counsel for the Appellee
   Michael David Breinin, Counsel for the Appellee
   Scott G. Jones, Counsel for the Appellee
   Lauren L. Hudson, Counsel for the Appellee
   Staci Knox Villemarette, Counsel for the Appellant
   Lisa Dawn Munyon, Counsel for the Appellee
   Gerard Evans Wimberly  Jr., Counsel for the Appellee
   Thomas L. Watson, II, Counsel for the Appellee